UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-MJ-1902

| IN THE MATTER OF THE SEARCH OF FUNDS IN BB&T BANK ACCOUNT NUMBER 0005105475030 | ORDER TO UNSEAL SEARCH WARRANT |
|---|---|

Upon motion of the government, by and through the United States Attorney for the Eastern District of North Carolina, the previously-requested Application, Affidavit, and Order authorizing the search warrant in the above-captioned matter are hereby ORDERED unsealed.

This the 9 day of July, 2015.

UNITED STATES MAGISTRATE JUDGE

Robert B. Jones, Jr.
US Magistrate Judge